UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARCHELLO HURST,      CIVIL ACTION NO. 1:16-CV-1333-P
Petitioner

VERSUS      JUDGE DONALD E. WALTER

T. G. WERLICH.      MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the untimely objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 7 day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE